[No. 16319–1–I.   Division One.   September 14, 1987.]

CANADIAN IMPERIAL BANK OF COMMERCE, *Appellant,* v.
GENERAL ACCEPTANCE CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–12836–4, Gary M. Little, J., entered March 21, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 9616–1–II.   Division Two.   September 15, 1987.]

LETOI E. GIRNAU, *Respondent,* v. EAGLE ESCROW,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–02594–3, Thomas A. Swayze, Jr., J., entered January 31, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Berschauer and Goodloe, JJ. Pro Tem.

[No. 9268–9–II.   Division Two.   September 15, 1987.]

DORIS P. MCDONALD, *Respondent,* v. STEPHEN B. RONALD,
ET AL, *Defendants,* MARTIN J. NEEB,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–02564–3, Arthur W. Verharen, J., entered September 20, 1985. *Remanded with instructions* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Doran and Mitchell, JJ. Pro Tem.